# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1197

_____

United States of America

*Plaintiff - Appellee*

v.

Jeremiah J. Watson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: October 6, 2017
Filed: October 25, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Jeremiah Watson challenges the 120-month sentence the district court[1] imposed upon re-sentencing, following its grant of relief

_____

[1] The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

under 28 U.S.C. § 2255 based on <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015). His counsel has submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the court did not adequately consider the 18 U.S.C. § 3553(a) factors. Watson has filed a pro se brief raising the same argument as counsel.

We conclude that the district court did not abuse its discretion in sentencing Watson within the Guidelines range; in particular, the court did not commit an error of judgment in weighing the relevant sentencing factors. <u>See</u> <u>United States v. Wohlman</u>, 651 F.3d 878, 887 (8th Cir. 2011); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____